No. 476. THE STATE OF WASHINGTON EX REL. GRANT SMITH ET AL., PLAINTIFFS IN ERROR, *v.* THE CITY OF SEATTLE. In error to the Supreme Court of the State of Washington. Motion to dismiss or affirm submitted December 7, 1914. Decided December 14, 1914. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Yazoo & Mississippi R. R.* v. *Adams,* 180 U. S. 41, 44; *St. Paul Gas Light Co.* v. *St. Paul,* 181 U. S. 142; *Cleveland & Pittsburg R. R.* v. *Cleveland,* 235 U. S. 50, decided November 16, 1914. *Mr. Harold Preston, Mr. Geo. Donworth* and *Mr. Elmer E. Todd* for the plaintiffs in error. *Mr. Howard A. Hanson* for the defendant in error.

---

No. 523. DAVID LAMAR, APPELLANT, *v.* MAURICE SPLAIN, UNITED STATES MARSHAL, ETC., ET AL. Appeal from the Court of Appeals of the District of Columbia. Motion to dismiss submitted December 7, 1914. Decided December 14, 1914. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Jones* v. *Montague,* 194 U. S. 147; *Security Life Ins. Co.* v. *Prewitt,* 200 U. S. 446; *Richardson* v. *McChesney,* 218 U. S. 487, 492. *Mr. Henry E. Davis* for the appellant. *The Attorney General* and *The Solicitor General* for the appellees.